# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MINISTERIO MUNDIAL FUENTE DE BENDICION, INC.,**  **Plaintiff,**  v.  **CLASSIS OF GREATER PALISADES,**  **Defendant.** | Civ. No. 20-11621 (KM)(MAH)  **ORDER** |

**THIS MATTER** having come before the court on an Order to Show Cause why the case should not be dismissed (DE 6), issued by Hon. Edward S. Kiel, U.S. Magistrate Judge, to which no response has been filed; and

**IT APPEARING** that the Hon. Andre M. Espinosa, U.S. Magistrate Judge, to whom the matter was transferred, carefully analyzed the case and filed a Report and Recommendation ("R&R") that the case be dismissed because Mr. Soto is not an attorney and so may not represent Ministerio Mundial Fuente De Bendicion, Inc., because Ministerio Mundial Fuente De Bendicion has not hired an attorney or prosecuted this action, and because it does not appear that this Court has subject matter jurisdiction over the alleged claims in any event (DE 7); and

**IT APPEARING** that no objection to the R&R has been filed within 14 days or thereafter, *see* Fed. R. Civ. P. 72(b); L. Civ. R. 72.1c(2); and

**THE COURT** having reviewed the R&R *de novo* despite the lack of an objection and having concluded that Judge Espinosa's conclusions are correct;

**IT IS** this 25th day of June, 2021,

**ORDERED** that the Report and Recommendation (DE 14) is **ADOPTED and AFFIRMED** pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(3);[1] and it is further

**ORDERED** that the case is dismissed.

The clerk shall close the file.

/s/ Kevin McNulty

_____

**KEVIN MCNULTY, U.S.D.J.**

---

[1] "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also U.S. v. Raddatz*, 447 U.S. 667, 680 (1980) (stating that the district court judge has broad discretion in accepting or rejecting the magistrate's recommendation).